This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-39880**

**IN THE MATTER OF THE ESTATE OF PHYLLIS JOAN SEGURA, Deceased,**

**SANDRA J. SEGURA,**

Appellant,

v.

**EDWARD SEGURA, PHILLIP SEGURA, and DAVID LUTZ, Special Administrator / Third-Party Personal Representative,**

Appellees.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Manuel I. Arrieta, District Judge**

Sandra Segura
Rio Rancho, NM

Pro Se Appellant

Martin & Lutz, P.C.
David Price Lutz
Las Cruces, NM

Jennings Haug
Keleher McLeod LLP
Ryan M. Walters
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**HANISEE, Chief Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**SHAMMARA H. HENDERSON, Judge**